**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**William Kelvin MCCOLLUM,
Defendant—Appellant.**

No. 09–6631.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 2, 2009.

William Kelvin McCollum, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Kelvin McCollum appeals the district court's order denying relief on his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. McCollum,* No. 7:01–cr–00136–BR–1 (E.D.N.C. Mar. 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*